938

No. 00–10035. KREBS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10038. OLIVA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10040. CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10041. CLAIBORNE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10042. ROCHA-MENDOZA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10043. REGALADO-FLORES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10044. BALBI-BOBADILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10045. PALMISANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10048. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10064. LANHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10067. ARBALLO-MARQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10068. KEITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10069. PENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10073. GUZMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10075. MORGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10076. SOTO-RIVAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.